UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

LAURIELYNN FRANCESE,

    Plaintiff,

v.                                               Civ. No. 24-1177 KG/GJF

FRANK BISIGNANO, *Commissioner*
*of the Social Security Administration*,

    Defendant.

## ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

Magistrate Judge Gregory J. Fouratt filed his Proposed Findings and Recommended Disposition ("PFRD") on December 8, 2025, in which he recommended that Plaintiff's Motion to Reverse and Remand [Dkt. No. 15] be denied and this case dismissed with prejudice. Dkt. No. No. 26. The PFRD notified the parties of their ability to file objections no later than December 22, 2025, and that failure to file such objections waived appellate review. To date, and now past the deadline, neither party has filed any objections to the PFRD.

The Tenth Circuit has held that "a party's objections to the magistrate judge's report and recommendation must be both timely and specific to preserve an issue for de novo review by the district court or for appellate review." *United States v. One Parcel of Real Property*, 73 F.3d 1057, 1060 (10th Cir. 1996). The parties' failure to timely object to the PFRD has waived appellate review of both factual and legal questions. *In re Key Energy Res. Inc.*, 230 F.3d 1197, 1199–1200 (10th Cir. 2000); *One Parcel of Real Property,* 73 F.3d at 1059. Furthermore, the Court concurs with the findings, analysis, and conclusions in the PFRD.

## CONCLUSION

**IT IS THEREFORE ORDERED** that**:**

1. The Magistrate Judge's PFRD (Dkt. No. 26) is **ADOPTED**;

2. Plaintiff's Motion to Reverse and Remand (Dkt. No. 15) is **DENIED**; and

3. A final order is entered concurrently herewith **DISMISSING THIS CASE WITH PREJUDICE**.

/s/Kenneth J. Gonzales_____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.