**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

LAURIELYNN FRANCESE,

    Plaintiff,

v.                                                               Civ. No. 24-1177 KG/GJF

FRANK BISIGNANO, *Commissioner*
*of the Social Security Administration*,

    Defendant.

**FINAL JUDGMENT**

    Pursuant to the Order entered concurrently herewith [Dkt. No. 27], the Court enters this Final Order under Fed. R. Civ. P. 58, **DISMISSING** this action with prejudice.

    **SO ORDERED.**

                                          /s/Kenneth J. Gonzales_____
                                          CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.